UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

**Order Filed on April 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

　　　John T. Paolucci,

Debtor.

Case No.:  <u>15-26923 MBK</u>

Adv. No.:

Hearing Date:  3/26/19 @ 9:00 a.m..

Judge:  <u>Michael B. Kaplan</u>

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

　　　The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: April 26, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors:   John T. Paolucci
Case No:  15-26923 MBK
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

     This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, Denise Carlon appearing, upon a motion to vacate the automatic stay as to 2015 LEXUS CT200H , VIN:JTHKD5BH5F2219464, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Steven J. Abelson, Esquire, attorney for Debtors, and for good cause having been shown

     It is **ORDERED, ADJUDGED and DECREED** that stay relief as to vehicle 2015 LEXUS CT200H , VIN:JTHKD5BH5F2219464 is granted immediately; and

     It is **ORDERED, ADJUDGED and DECREED** that it is further ordered that the lifting of the stay as to this specific creditor does not impact the Debtor's Chapter 13 Plan and the same shall not serve as a basis for the Chapter 13 Trustee to file a motion to dismiss the debtor's case or seek a modified plan; and

     It is **ORDERED, ADJUDGED and DECREED** the motion for relief is hereby resolved.